IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:20-cv-04530-TWT |
| ) | |
| DLPS INVESTMENTS, INC., ) | |
| A Domestic Company, ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff and Defendant and pursuant to the provisions of Federal Rule of Civil Procedure 41(a) jointly dismiss this case and all claims asserted therein with prejudice. Each party shall bear its own costs.

This the 11th day of February, 2021.


\s\ John A. Christy
John A. Christy
Georgia Bar No. 125518
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:   404.681.3450
Facsimile:    404.681.1046
Email:          jchristy@swfllp.com
Attorney for Defendant

\s\ Pete Monismith
Pete Monismith
Georgia Bar No. 941228
3945 Forbes Avenue, #175
Pittsburgh, Pennsylvania 15213

Telephone:   724.610.1881
Facsimile:    412.258.1309
Email:          pete@monismith.com
Attorney for Plaintiff

## STATEMENT OF COMPLIANCE WITH FONT SIZE

I hereby certify that the foregoing **VOLUNTARY DISMISSAL WITH PREJUDICE** has been prepared with 14-Point Times New Roman font, which is one of the font and point selections approved by the Court in LR 5.1C, N.D. Ga.

This the 11th day of February, 20201

    \s\ John A. Christy
    JOHN A. CHRISTY
    Georgia Bar No. 125518
    *Attorney for DLPS Investments, Inc., a*
    *Georgia Limited Liability Company*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 681-3450
Facsimile:   (404) 681-1046
Email:         jchristy@swfllp.com

## **CERTIFICATE OF SERVICE**

This certifies that I have, this day, filed the foregoing **VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF electronic filing system, as mandated by Northern District of Georgia Civil Local Rule 5.1(A) and as approved by Standing Order No. 04-01 of this Court, which will send electronic notice of such filing to all counsel of record in this action.

This the 11th day of February, 2021.

\s\ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
*Attorney for DLPS Investments, Inc., a Georgia Limited Liability Company*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 681-3450
Facsimile:   (404) 681-1046
Email:         jchristy@swfllp.com